```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 15-04500-RNO
Susan M Ostopowicz                                              Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5      User: MMchugh          Page 1 of 1         Date Rcvd: May 17, 2019
                          Form ID: trc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
4752234        +Nationstar Mortgage LLC,    P.O. Box 619094,    Dallas, TX 75261-9094

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              Carol Weiss Baltimore    on behalf of Debtor 1 Susan M Ostopowicz bandicot6@aol.com
              Celine P DerKrikorian    on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Randolph Wood    on behalf of Creditor   Luzerne County Flood Protection Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-04500-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Susan M Ostopowicz
258 Chestnut Ave
Kingston PA 18704

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/16/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9741

Name and Address of Transferee:

US Bank Trust NA
c/o BSI Financial Services
314 S. Franklin St 2nd Floor
Titusville, PA 16354
US Bank Trust NA
c/o BSI Financial Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/19/19

Terrence S. Miller
**CLERK OF THE COURT**