UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA– WILKES-BARRE DIVISION

| | |
|---|---|
| In Re: SUSAN M OSTOPOWICZ<br><br>Debtor. | Case No.: 5:15-bk-04500-JJT<br><br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

**REQUEST OF BSI FINANCIAL SERVICES FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for U.S. Bank Trust National Association as Trustee of Cabana Series III Trust, a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

BSI requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

1

REQUEST FOR NOTICE

| | | |
|---|---|---|
| 1 | **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:** |
| 2 | BSI Financial Services<br>1425 Greenway Drive, Ste. 400 | prpbk@bsifinancial.com |
| 3 | Irving, TX 75038 | |

6   Dated: November 20, 2019            By: /s/ Raymond Valderrama
Raymond Valderrama
c/o BSI Financial Services
Assistant Vice President, Bankruptcy
1425 Greenway Drive, Ste. 400
Irving, TX 75038
972.347.4350
prpbk@bsifinancial.com

2
REQUEST FOR NOTICE

# CERTIFICATE OF SERVICE

On November 20, 2019, I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by electronic means through the Court's ECF program:

DEBTOR'S COUNSEL
Carol Weiss Baltimore
bandicot6@aol.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz

On November 20, 2019, I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| | |
|---|---|
| **Debtor 1**<br>**Susan M Ostopowicz**<br>258 Chestnut Ave<br>Kingston, PA 18704<br><br>**Asst. U.S. Trustee**<br>**United States Trustee**<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 | **Trustee**<br>**Charles J DeHart, III (Trustee)**<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz