```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                        Case No. 15-04500-RNO
Susan M Ostopowicz                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MichaelMc          Page 1 of 1          Date Rcvd: Nov 19, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
5199975        +US Bank Trust NA,    c/o BSI Financial Services,    314 S. Franklin St 2nd Floor,
                Titusville, PA 16354,    US Bank Trust NA,    c/o BSI Financial Services 16354-2168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
              Carol Weiss Baltimore    on behalf of Debtor 1 Susan M Ostopowicz bandicot6@aol.com
              Celine P DerKrikorian    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Randolph Wood    on behalf of Creditor    Luzerne County Flood Protection Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-04500-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Susan M Ostopowicz
258 Chestnut Ave
Kingston PA 18704

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/18/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: US Bank Trust NA, c/o BSI Financial Services, 314 S. Franklin St 2nd Floor, Titusville, PA 16354, US Bank Trust NA, c/o BSI Financial Services

Name and Address of Transferee:

US Bank Trust National Association
as Trustee for Cabana Series III Trust
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038
US Bank Trust National Association

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/21/19

Terrence S. Miller
**CLERK OF THE COURT**