# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    SUSAN M OSTOPOWICZ                                 Case No.: 5-15-04500-HWV
                                                                                                          Chapter 13

                Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**
Creditor Name: BSI FINANCIAL
Court Claim Number: 02
Last Four of Loan Number: 258 Chestnut - PRE-ARREARS - 7629
Property Address if applicable: 258 CHESTNUT AVE, , KINGSTON, PA18704

**PART 2: CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $30,872.07
b. Prepetition arrearages paid by the Trustee: $30,161.44
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $20,159.71

**PART 3: POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 24, 2021                          Respectfully submitted,

                                          s/ Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          eMail:  info@pamd13trustee.com

Creditor Name: BSI FINANCIAL
Court Claim Number: 02

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1151768 | 07/07/2016 | $468.80 | $0.00 | $468.80 |
| 5200 | 1156420 | 10/05/2016 | $1,710.34 | $0.00 | $1710.34 |
| 5200 | 1159623 | 12/06/2016 | $1,065.63 | $0.00 | $1065.63 |
| 5200 | 1161192 | 01/12/2017 | $599.98 | $0.00 | $599.98 |
| 5200 | 1165875 | 04/12/2017 | $1,700.00 | $0.00 | $1700.00 |
| 5200 | 1169006 | 06/13/2017 | $1,133.33 | $0.00 | $1133.33 |
| 5200 | 1170424 | 07/06/2017 | $566.66 | $0.00 | $566.66 |
| 5200 | 1171916 | 08/10/2017 | $566.66 | $0.00 | $566.66 |
| 5200 | 1173438 | 09/19/2017 | $566.67 | $0.00 | $566.67 |
| 5200 | 1174735 | 10/11/2017 | $553.59 | $0.00 | $553.59 |
| 5200 | 1176055 | 11/08/2017 | $560.84 | $0.00 | $560.84 |
| 5200 | 1177452 | 12/05/2017 | $560.84 | $0.00 | $560.84 |
| 5200 | 1178867 | 01/11/2018 | $560.84 | $0.00 | $560.84 |
| 5200 | 1180255 | 02/08/2018 | $560.84 | $0.00 | $560.84 |
| 5200 | 1181615 | 03/08/2018 | $560.84 | $0.00 | $560.84 |
| 5200 | 1182981 | 04/03/2018 | $560.84 | $0.00 | $560.84 |
| 5200 | 1186083 | 05/15/2018 | $560.83 | $0.00 | $560.83 |
| 5200 | 1187396 | 06/07/2018 | $560.84 | $0.00 | $560.84 |
| 5200 | 1188780 | 07/12/2018 | $560.84 | $0.00 | $560.84 |
| 5200 | 1190153 | 08/09/2018 | $560.84 | $0.00 | $560.84 |
| 5200 | 1191467 | 09/06/2018 | $560.84 | $0.00 | $560.84 |
| 5200 | 1192800 | 10/10/2018 | $560.84 | $0.00 | $560.84 |
| 5200 | 1194160 | 11/08/2018 | $555.05 | $0.00 | $555.05 |
| 5200 | 1195556 | 12/13/2018 | $555.05 | $0.00 | $555.05 |
| 5200 | 1196933 | 01/10/2019 | $555.05 | $0.00 | $555.05 |
| 5200 | 1199327 | 03/12/2019 | $1,110.11 | $0.00 | $1110.11 |
| 5200 | 1200682 | 04/11/2019 | $555.05 | $0.00 | $555.05 |
| 5200 | 1202023 | 05/09/2019 | $555.05 | $0.00 | $555.05 |
| 5200 | 1202723 | 06/06/2019 | $555.05 | $0.00 | $555.05 |
| 5200 | 1204070 | 07/11/2019 | $555.06 | $0.00 | $555.06 |
| 5200 | 1205481 | 08/07/2019 | $517.95 | $0.00 | $517.95 |
| 5200 | 1206853 | 09/26/2019 | $559.28 | $0.00 | $559.28 |
| 5200 | 1208293 | 10/10/2019 | $557.90 | $0.00 | $557.90 |
| 5200 | 1209266 | 11/07/2019 | $557.90 | $0.00 | $557.90 |
| 5200 | 1210550 | 12/12/2019 | $557.90 | $0.00 | $557.90 |
| 5200 | 1211949 | 01/16/2020 | $557.90 | $0.00 | $557.90 |
| 5200 | 1213308 | 02/13/2020 | $557.90 | $0.00 | $557.90 |
| 5200 | 1214620 | 03/12/2020 | $557.90 | $0.00 | $557.90 |
| 5200 | 1215935 | 04/14/2020 | $508.84 | $0.00 | $508.84 |
| 5200 | 1217128 | 05/06/2020 | $508.85 | $0.00 | $508.85 |
| 5200 | 1219056 | 07/07/2020 | $1,017.68 | $0.00 | $1017.68 |
| 5200 | 1220128 | 08/12/2020 | $508.84 | $0.00 | $508.84 |
| 5200 | 1221164 | 09/17/2020 | $508.84 | $0.00 | $508.84 |
| 5200 | 1222218 | 10/15/2020 | $523.71 | $0.00 | $523.71 |
| 5200 | 1223116 | 11/03/2020 | $1,353.11 | $0.00 | $1353.11 |
| 5200 | 1223951 | 12/10/2020 | $148.01 | $0.00 | $148.01 |
| 5200 | 2001200 | 06/16/2021 | $1.73 | $0.00 | $1.73 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

SUSAN M OSTOPOWICZ   Case No.: 5-15-04500-HWV
                    Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CAROL W BALTIMORE, ESQUIRE<br>LAW OFFICE OF CAROL BALTIMORE<br>480 PIERCE ST, STE 105<br>KINGSTON PA, 18704- | SERVED ELECTRONICALLY |
| BSI FINANCIAL SERVICES<br>1425 GREENWAY DR<br>SUITE 400<br>IRVING, TX, 75038 | SERVED BY 1ST CLASS MAIL |
| SUSAN M OSTOPOWICZ<br>258 CHESTNUT AVE<br>KINGSTON, PA 18704 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com